IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TREVORISSE THOMAS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3205

_____/

Opinion filed April 20, 2017.

An appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Trevorisse Thomas, pro se, Appellant.

Pamela Jo Bondi, Attorney General, of Tallahassee, Florida, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.